```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
                  COUNSEL/PARTIES OF RECORD

        MAY 2 3 ...

CLERK US DISTRICT COURT
  DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-CR-00419-RCJ |
| Plaintiff, | |
| vs. | CONSENT OF DEFENDANT |
| SHANNON EVANS, | |
| Defendant. | |

Defendant, **SHANNON EVANS**, having requested permission to enter a plea of guilty, hereby gives written consent to review of the PreSentence Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

_____
Defendant

_____
Counsel for Defendant

_____
Assistant U.S. Attorney

DATED: this 23rd day of May, 2013.

APPROVED

_____
ROBERT C. JONES
United States Chief District Judge